# CHAPTER 13 PLAN SUMMARY

Case No.: **09-72392**

Debtor(s): Arlisa Vinelle Bunton    SS#: XXX-XX-____    Net Monthly Earnings: $1,044.00

_____    SS#: XXX-XX-____    Number of Dependents: 2

Full Address: 3001 23rd Street, Tuscaloosa, AL 35401

I. Plan Payments

(____) Debtor(s) propose to pay a periodic payment of:

$_____  ☐ weekly  ☐ biweekly  ☐ semi-monthly  ☐ monthly into the plan; or

(**XXX**) Payroll deduction Order: To  DCH Health System, 809 University Blvd. E., Tuscaloosa, AL 35401  for

$ 116.00   ☐ weekly  ☒ biweekly  ☐ semi-monthly  ☐ monthly into the plan; or

Length of plan is approximately 60 months, and the total debt to be paid through the plan is approximately $ 15,000.00.

II. From the payments received, the Trustee shall make disbursements pursuant to the Bankruptcy code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322 (a) (2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
|  |  |  |  |

B. Total Attorney Fee: $ 2,200.00; $ 0.00 paid pre-petition; $ 200.00 to be paid at confirmation and $ 50.00 per month.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with 5% interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total amount of debt | Amount of regular payment to be paid (___) Trustee (___) Debtor | Regular payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed interest rate on arrearage | Proposed fixed payment on arrearage |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2. Secured Debts (not long term debts) to be paid through the Trustee:

| Name of Creditor | Adequate Protection Payment | Total Amount of Debt | Debtor's value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Payment To Begin |
|---|---|---|---|---|---|---|---|---|
| Dunn's Auto Sales | $85.00 | $8059.00 | $2500.00 |  | 1996 Toyota Corolla | 5(55) | $165.00 | Upon Confirmation |
| Title Max | $12.00 | $1129.00 | $1200.00 |  | 2002 Kia Spectra | 5(36) | $34.00 | Upon Confirmation |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of regular payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
|  |  |  |  |  |

IV. Special Provisions:

☒ This is an original plan
☐ This is an amended plan replacing plan dated
☒ This plan proposes to pay unsecured creditors **0** %
☐ Debtor ☐ assumes ☐ rejects lease and/or executory contract with
☒ Other provisions:

1). Local rules require that all creditors are required to serve copies of claims and attachments on the attorney for the Debtor.

2). Debtor's plan payments will be off-set by the amount of any adequate protection payments made directly to Creditor prior to Confirmation. Such adequate protection payments shall begin after 30 days of the filing of the petition & **ONLY AFTER** a legible executed proof of claim evidencing a secured status is filed with the Court and served upon Debtor's counsel.

3). Prior to Confirmation the Debtor shall pay adequate protection payments to Dunn's Auto Sales in the amount of $85.00 and to Title Max in the amount of $12.00.

Attorney for Debtor Name/Address/Telephone #    Dated: 09-14-09         /s/ Arlisa Vinelle Bunton
                                                                        Signature of Debtor

**John W. Stahl**
**810 28th Avenue**
**Tuscaloosa, AL  35401**                                               _____
                                                                        Signature of Debtor

**Telephone # (205) 345-9500**